IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PHILLIPS on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PENSKE TRUCK LEASING CO., L.P.,<br><br>Defendant. | CIVIL ACTION<br><br>5:22-cv-01889-JLS |

## ORDER

AND NOW, this __24th__ day of __May__ 2022, it is hereby

ORDERED that the application of Carter T. Hastings, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

__X__   GRANTED

____   DENIED

/s/ Jeffrey L. Schmehl
_____
, J.