UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PHILLIPS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE TRUCK LEASING CO., L.P.,<br><br>Defendant. | Civil Action No.: 5:22-cv-01889-JLS |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Penske Truck Leasing Co., L.P. ("Defendant" or "Penske"), by and through its undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendant incorporates the attached Brief in Support of Defendant's Motion to Dismiss as if fully set forth herein.

If this Motion is opposed, oral argument is requested. A proposed Order granting the requested relief accompanies this Motion.

Dated: August 5, 2022

Respectfully submitted,

*/s/ Jacqueline R. Barrett*
Jacqueline R. Barrett, Esq.
Emily P.W. Santoro, Esq.
OGLETREE, DEAKINS, NASH
SMOAK, & STEWART, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800 (p)
(215) 995-2801 (f)
jacqueline.barrett@ogletree.com
emily.santoro@ogletree.com

*Attorneys for Defendant*