# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL PHILLIPS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 22-1889 |
| PENSKE TRUCK LEASING CO., L.P., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 21st day of March, 2023, upon consideration of Defendant's *Motion to Transfer Venue* (ECF No. 21), Plaintiff's response in opposition thereto (ECF No. 25), and Defendant's reply in support thereof (ECF No. 26), it is hereby **ORDERED** that Defendant's Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**