**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL PHILLIPS,             :
                                   :
                Plaintiff,           :
                                     :
        v.                        :        CIVIL ACTION NO. 22-1889
                                     :
PENSKE TRUCK LEASING CO., L.P.,    :
                                     :
                Defendant.         :

## <u>O R D E R</u>

         AND NOW, this 22nd day of August, 2023, it having been reported that the above captioned caption has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

         IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs.

                                    GEORGE WYLESOL, Clerk of Court


                             BY:   <u>/s/ Barbara A. Crossley</u>
                                   Barbara A. Crossley,
                                   Deputy Clerk to Judge Schmehl